# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

DOLLY CONTRERAS, *et al.,*

    Plaintiffs,

vs.

BANK OF AMERICA N.A., *et al.*,

    Defendants.

2:14-cv-00262-JCM-VCF

**ORDER**

Before the court is Defendant Noble Title, Ltd.'s Emergency Motion for Protective Order and Motion for Extension of Discovery Period (#37). Defendant Noble Title, Ltd. seeks to extend discovery deadlines in this case but stated that not all parties stipulated to extending the discovery deadlines. *Id.* On September 30, 2014, Plaintiffs Dolly Contreras and William filed their response to the emergency motion. (#44). On October 7, 2014, the court held a hearing and heard representations from the parties regarding discovery extensions and disputes on written discovery. Plaintiffs contend that due to clerical error, the receipt of copy of the written discovery was served on the wrong party; thus, written discovery was served one day late. As for depositions, the court finds that the parties agreed to conduct the FED. R. CIV. P. 30(b)(6) depositions and the depositions of Ida Gibson and John G. Ingram of Noble Title.

Accordingly,

IT IS HEREBY ORDERED that the discovery cut-off date of October 21, 2014 will not be extended.

IT IS FURTHER ORDERED that REDC Default Solutions, LLC and Fannie Mae are required to respond to Plaintiffs' written discovery by November 7, 2014. No follow-up discovery will be permitted.

The parties may conduct the following depositions beyond the current discovery cut-off date of October 21, 2014:

    1. Person Most Knowledgeable for Bank of America, N.A.

    2. Person Most Knowledgeable for Federal National Mortgage Association

    3. Person Most Knowledgeable for Nationstar Mortgage, LLC

    4. Person Most Knowledgeable for REDC Default Solutions, LLC

    5. Person Most Knowledgeable for Noble Title, Ltd.

    6. Ida Gibson of Noble Title

    7. John G. Ingram of Noble Title.

Dispositive motions must be filed and served on or before January 5, 2015. The Joint Pre-trial Order must be filed on **February 5, 2015**, which is 30 days after the date set for filing of dispositive motions. In the event dispositive motions are filed, the date for filing the Joint Pre-trial Order will be suspended until 30 days after the decision on the dispositive motions or further order of the Court.

IT IS SO ORDERED.

Dated this 8th day of October, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE